IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JIMMIE N. BENDOLPH,  AIS #146660,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 13-0154-WS-N |
| **STATE OF ALABAMA, et al.,** : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, of this order adopting the report and recommendation, and of the judgment dismissing this action.

**DONE** this 22nd  day of August, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE